UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE CIPOELEWSKI,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 13-cv-12368
Honorable Laurie J. Michelson
Magistrate Judge David R. Grand

**ORDER ADOPTING REPORT AND RECOMMENDATION [13],
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11],
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8]**

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation (Dkt. 13, R&R) to Grant Defendant's Motion for Summary Judgment (Dkt. 11) and Deny Plaintiff's Motion for Summary Judgment (Dkt. 8). At the conclusion of his report, the Magistrate Judge notified the parties that they were required to file any objections within 14 days of service, as provided in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d), and that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (R&R at 18.) No party has filed timely objections. Having reviewed the Report and Recommendation, and there being no timely objections, the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of this Court. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). It follows that the Court hereby **GRANTS** Defendant's Motion for Summary Judgment (Dkt. 11) and **DENIES** Plaintiff's Motion for Summary Judgment (Dkt. 8).

    **SO ORDERED**.

                                              s/Laurie J. Michelson
                                              LAURIE J. MICHELSON
                                              UNITED STATES DISTRICT JUDGE

    Dated: August 13, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 13, 2014.

                                        s/Jane Johnson
                                        Case Manager to
                                        Honorable Laurie J. Michelson